HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA ALLISON
Assistant Federal Defender, #179741
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700  Fax: 916-498-5710
linda_allison@fd.org

Attorney for Defendant
DANIEL COSTA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 17-po-523-AC |
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER TO CONTINUE BENCH TRIAL |
| vs. | ) |
| DANIEL COSTA, | ) Date: February 5, 2018<br>) Time: 9:00 a.m.<br>) Judge: Hon. Allison Claire |
| Defendant. | ) |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Special Assistant United States Attorney ERIC CHANG, Assistant Federal Defender LINDA C. ALLISON, attorney for DANIEL COSTA, that the bench trial scheduled for February 5, 2018, be vacated and continued to April 2, 2018, at 9:00 a.m.

Defense counsel requires additional time to continue investigating the facts of the case, reviewing discovery and negotiating a resolution to this matter.

///

///

///

///

///

Dated: January 25, 2018

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Linda Allison*
LINDA ALLISON
Assistant Federal Defender
Attorneys for Defendant
DANIEL COSTA

Dated: January 25, 2018

MCGREGOR W. SCOTT
United States Attorney

*/s/ Linda Allison for*
ERIC CHANG
Special Assistant United States Attorney

## **ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance, and outweigh the best interests of the public and defendant in a speedy trial.

**It is further ordered the February 5, 2018 bench trial shall be vacated and continued to April 2, 2018, at 9:00 a.m. before Hon. Allison Claire.**

Dated: January 25, 2018

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE